**Matthew S. Parmet** (CSB # 296742)
matt@parmet.law
**PARMET PC**
340 S. Lemon Ave., #1228
Walnut, CA 91789
phone  310 928 1277

**Rachael Rustmann** (TxSB #24073653)*
rrustmann@mybackwages.com
Josephson Dunlap LLP
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Phone 713-352-1100
*admitted pro hac vice*
**Attorneys for Plaintiff**

Sharmila R. Parkman, Esq. (SBN 221579)
THE PARKMAN LAW FIRM
9845 Erma Road, Suite 210B
San Diego, California 92131
Telephone (858) 453-5033
Facsimile (858) 453-0876
Email: srp@parkmanfirm.com
*Attorney for Defendant,* TAYLOR UNDERGROUND, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| JOSEPH MORSA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> TAYLOR UNDERGROUND, INC., <br><br> Defendant. | **Case No. 5:20-01035-ODW-SP** <br> FLSA Collective Action <br> Fed. R. Civ. P. 23 Class Action <br><br> **JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY CASE 30 DAYS** |

Plaintiff Joseph Morsa and Defendant Taylor Underground, Inc., by and through their counsel, (collectively the "Parties") hereby stipulate and agree to stay all case deadlines for 30 days to memorialize the terms of their settlement (the "Stipulation") pursuant to Local Rule 7-1.

**Joint Notice of Settlement and Stipulation**                                                        - 1 -

## RECITALS

1. Morsa filed suit against Taylor Underground, Inc. alleging violations of the Fair Labor Standards Act and the California Labor Code on May 15, 2020. Doc. 1.

2. Taylor Underground, Inc. filed its Answer on August 12, 2020. Doc. 14.

3. The Parties have reached an agreement in principle to settle all matters and controversy between them and are in the process of finalizing a written agreement. The Parties wish to conclude this matter without burdening the Court with any additional hearings or filings and without incurring unnecessary expense.

## STIPULATION

For the foregoing reasons, the Parties stipulate as follows:

4. All deadlines and hearings in this matter are stayed 30 days.

5. The Parties will memorialize and execute the terms of their settlement agreement prior to the conclusion of the 30 day stay.

6. Contingent on Defendant fulfilling its payment obligations, the Parties will file a Stipulation of Dismissal with Prejudice on or before July 21, 2021.

Respectfully submitted,

By: /s/ *Rachael Rustmann*
**Rachael Rustmann**
**Josephson Dunlap LLP**
**Attorney for Plaintiff**


/s/*Sharmila R. Parkman*
SHARMILA R. PARKMAN, ESQ.
THE PARKMAN LAW FIRM
**Attorney for Defendant**

## ATTESTATION REGARDING SIGNATURES

The signatures of all listed signatories to this document and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Rachael Rustmann*
Rachael Rustmann