UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| No. | 5:20-cv-01035-ODW-(SPx) | Date | July 30, 2021 |
|---|---|---|---|
| Title | *Joseph Morsa v. Taylor Underground, Inc.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**         **In Chambers**

On June 21, 2021, Plaintiff filed a Notice of Settlement. (ECF No. 36.) Accordingly, the Court ordered the parties to file a dismissal that complies with Federal Rule of Civil Procedure 41 by July 19, 2021. (ECF No. 38.) The Court's order advised the parties that "[f]ailure to timely comply with [the] order shall result in the dismissal of this action." (*Id.*) The Court continued that deadline to July 29, 2021, pursuant to the parties' stipulation. (ECF No. 40.) To date, the parties have failed to file a timely dismissal.

The Court has no interest in monitoring parties' compliance with the terms of a settlement agreement. Given that the parties have settled the matter, this case should be dismissed. Any failure to satisfy the terms of the parties' settlement agreement, including payment, should be enforced in a subsequent lawsuit.

Accordingly, this case is dismissed. The Clerk of the Court shall close this case.

                                                                                   :    00

                                              Initials of Preparer    SE